IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MITCHELL,

    Petitioner,

 v.

ANTHONY HEDGPETH, Warden, et al.,

    Respondents.
                                     /

No. C 11-02705 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondents' Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondents' Motion to Dismiss will be extended up to and including **January 12, 2012**.

    Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket nos. 18 and 19.

    IT IS SO ORDERED.

DATED: 11/15/11

                                                         SAUNDRA BROWN ARMSTRONG
                                                         UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.11\Mitchell2705.EOT.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF
CALIFORNIA

PAUL MITCHELL,

        Plaintiff,

v.

ANTHONY HEDGEPETH et al,

        Defendant.

Case Number: CV11-02705 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Mitchell G-21965
Salinas Valley State Prison
31625 Highway 101
P.O. Box 1050
Soledad, CA 93960-1050

Dated: November 18, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Mitchell2705.EOT.frm     2