IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL,<br><br>    Petitioner,<br><br> v.<br><br>ANTHONY HEDGEPETH, Warden,<br><br>    Respondent.<br>_____ / | No. C 11-02705 SBA (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO MOTION TO DISMISS; AND DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S OTHER PENDING MOTION** |

      Petitioner has filed a second request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss.

      On November 18, 2011, the Court granted Petitioner's first request for an extension of time to file his opposition. The Court directed Petitioner to file his opposition no later than January 12, 2012. Petitioner now requests a second extension of time, stating that lockdowns at the prison have prevented his access to the law library. Having read and considered Petitioner's request, and good cause appearing, IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **thirty (30) days** from the date of this Order.

      Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

1    Petitioner has also filed a document entitled, "Order to Show Cause for an [sic] Preliminary
2 Injuction" (docket no. 26), in which he requests sufficient access to the prison law library and
3 complains of "limitations that are too restrictive and constitute a denial of [his] rights to access [to]
4 the courts."  (Pl.'s Dec. 27, 2011 Mot. at 1.)  The Court construes this document as a motion for an
5 order directing the California Department of Corrections and Rehabilitation (CDCR) to allow him
6 physical access to the Salinas Valley State Prison (SVSP) law library.  Respondent has not
7 responded to Petitioner's motion.  Therefore, no later than **ten (10) days** from the date of this Order,
8 the Court directs Respondent to respond to Petitioner's motion for an order allowing him access to
9 the SVSP law library.
10    IT IS SO ORDERED.

DATED: 1/23/12

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.11\Mitchell2705.2ndEOT&LIBaccess.frm        2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL MITCHELL,

        Plaintiff,

  v.

ANTHONY HEDGEPETH et al,

        Defendant.

Case Number: CV11-02705 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Mitchell G-21965
Salinas Valley State Prison
31625 Highway 101
P.O. Box 1050
Soledad, CA 93960-1050

Dated: January 25, 2012

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk