1

2

3                     UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5                            OAKLAND DIVISION

6

7    RATAJA PINOLA,                          Case No.  13-cv-05871-SBA (PR)

              Plaintiff,
8                                            **ORDER GRANTING
                                             PLAINTIFF'S REQUEST FOR
9         v.                                 EXTENSION OF TIME TO FILE
                                             OPPOSITION TO DEFENDANTS'
10   CALIFORNIA CORRECTIONAL                  DISPOSITIVE MOTION**
     HEALTH CARE SERVICES, et al.,
11
              Defendants.
12

13        Plaintiff has filed a request for an extension of time in which to file his opposition

14   to Defendants' dispositive motion.  Having read and considered Plaintiff's request, and

     good cause appearing,
15
          IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is
16
     GRANTED.  The time in which Plaintiff may file his opposition to Defendants' dispositive
17
     motion will be extended up to and including **twenty-eight (28) days** from the date of this
18
     Order.
19
          Defendants shall file a reply brief no later than **fourteen (14) days** after the date
20
     Plaintiff's opposition is filed.
21
          This Order terminates Docket no. 29.
22
          IT IS SO ORDERED.
23
     Dated:  February 3, 2015
24                                           _____
                                             SAUNDRA BROWN ARMSTRONG
25                                           United States District Judge

26   P:\PRO-SE\SBA\CR.13\Pinola5871.EOToppn.docx

27

28