UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL MITCHELL,

    Petitioner,

v.

BRIAN DUFFY, Warden,

    Respondent.

Case No. C 11-02705 SBA (PR)

**ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE AMENDED PETITION**

Before the Court is Petitioner's request for an extension of time to file his amended petition. His request is GRANTED. No later than **twenty-eight (28) days** from the date of this Order, Petitioner must file an amended petition in this Court which incorporates the newly-exhausted claims he intends to raise in federal court. The Court will lift the stay on the date that Petitioner files his amended petition. Petitioner must submit the amended petition on the attached blank habeas petition form, clearly label the petition as the "Amended Petition," and write in the case number for this action—C 11-02705 SBA (PR)—on the form. He should also attach to his amended petition a copy of his petition to the California Supreme Court, if the document is available to him.

**If Petitioner fails to file an amended petition within the prescribed period, the Court will dismiss this action without prejudice for failure to prosecute.**

The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.

This Order terminates Docket No. 71.

IT IS SO ORDERED.

DATED: February 3, 2015

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.11\Mitchell2705.GrantEOT-fileAmPet.docx