UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MITCHELL,<br>   Petitioner,<br> v.<br>BRIAN DUFFY, Warden,<br>   Respondent. | Case No. 11-cv-02705-SBA (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A SUPPLEMENTAL OPPOSITION TO RESPONDENT'S MOTION TO DISMISS** |

  Petitioner has filed a request for an extension of time in which to file his supplemental opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

  IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his supplemental opposition to Respondent's Motion to Dismiss will be extended up to and including **February 12, 2016**.

  Respondent shall file a supplemental reply no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

  **No further extensions of time will be granted in this case absent exigent circumstances.**

  This Order terminates Docket No. 97.

  IT IS SO ORDERED.

Dated: 1/11/16

                _Saundra B. Armstrong_
                SAUNDRA BROWN ARMSTRONG
                Senior United States District Judge

P:\PRO-SE\SBA\HC.11\Mitchell2705.GrantEOT-SuppOppn2MTD.docx