UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL MITCHELL,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT W. FOX, Warden,<br><br>    Respondent. | Case No: 11-cv-02705 SBA<br><br>**ORDER SETTING DEADLINE FOR JOINT STATUS REPORT** |

The status reports filed July 15 and August 26, 2022 advise that Petitioner's retained expert has now completed his evaluation.  <u>See</u> Dkt. 158, 188.  Petitioner further advises that he anticipates filing an abandonment of his unexhausted claims.  <u>Id.</u>  Petitioner shall file the same by no later than October 3, 2022.  Additionally, by October 3, 2022, the parties shall meet and confer and file a joint status report.  The report shall address whether Petition intends to file a second amended petition, whether Respondent intends to file a motion to dismiss, and any other matters deemed pertinent by the parties.  The parties shall include a proposed briefing schedule.

IT IS SO ORDERED.

Dated: September 13, 2022

                                                           _____ RS
                                            Richard Seeborg for Saundra B. Armstrong
                                            United States District Judge